## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

---

**DAVID L. NYITRAY III,** an individual,
**ISEA MARICHALAR,** an individual,

            Plaintiffs,

v.

**VITALE'S III OF ALLEGAN, LLC, a**
Michigan limited liability company,
**FRANCO LA FRANCA,** an individual and as
the Executor of the Estate of **AGOSTINO
LAFRANCA**, **ROBERTO LEONARDI,** an
individual, and **DAVE TINWALDE,** an individual,
jointly and severally,

            Defendants.

Case No. 1:18-cv-00846

Hon. Paul L. Maloney
Hon. Phillip Green

| AVANTI LAW GROUP PLLC | RHOADES McKEE PC |
|---|---|
| Robert Anthony Alvarez (P66954) | Catherine A. Brainerd (P70202) |
| Attorneys for Plaintiffs | G. Will Furtado (P77848) |
| 600 – 28th Street, SW | Attorneys for Defendants |
| Wyoming, MI 49509 | 55 Campau Avenue NW, Suite 300 |
| (616) 257-6807 | Grand Rapids, MI  49503 |
| ralvarez@avantilaw.com | (616) 235-3500 |
| | cabrainerd@rhoadesmckee.com |
| | gwfurtado@rhoadesmckee.com |

## JOINT STIPULATED MOTION TO APPROVE SETTLEMENT

     Plaintiffs and Defendants, through undersigned counsel, hereby jointly move for approval of the settlement of this matter, outlined in the settlement agreement attached as Exhibit A. This settlement is contingent upon this Court's approval, as well as that of the Kent County Probate Court. The Probate Court has noticed a hearing for such approval, scheduled for August 14, 2020.

     WHEREFORE, the Parties respectfully request that this Court enter an Order approving the Parties' settlement, as outlined in the agreement attached as Exhibit A.

Dated:  June 18, 2020

                        *Respectfully Submitted:*

*/s/ Robert A. Alvarez*                             */s/ Catherine A. Brainerd*
Robert A. Alvarez (P66954)                   Catherine A. Brainerd (P70202)
Counsel for Plaintiffs                        Counsel for Defendants

2530712_1