UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

D AVID L. N YITRAY , III, et al.,

    Plaintiffs,

v.

V ITALE'S III OF A LLEGAN , LLC,
et al.,

    Defendants,

_____/

Hon. Phillip J. Green

Case No. 1:18-cv-00846

## **ORDER**

This matter is before the Court on the parties' joint Motion for Settlement. (ECF No. 46). The settlement is contingent upon this Court's approval, as well as that of Kent County Probate Court. On August 14, 2020, Kent County Probate Court held oral argument on the matter and issued an Order Authorizing the Federal Settlement. Accordingly,

**IT IS ORDERED** that the parties' joint motion for settlement is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court shall accept Exhibit A (ECF No. 46-1, PageID.318-329), the parties' Release and Settlement Agreement, as final judgment in this matter.

**IT IS SO ORDERED**.

Date: August 27, 2020

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge